1  Janice P. Brown, Esq. (SBN 114433)
   brown@brownlawgroup.com
2  Stacy L. Fode, Esq. (SBN 199883)
   fode@brownlawgroup.com
3  Arlene R. Yang, Esq. (SBN 297450)
   yang@brownlawgroup.com
4  **BROWN LAW GROUP**
   600 B Street, Suite 1650
5  San Diego, CA 92101
   Telephone: 619.330.1700
6  Facsimile: 619.330.1701

7  Attorneys for Defendants
   *Bank of America Corporation and*
8  *Bank of America, N.A. and Intralinks, Inc.*

9  (additional counsel on signature page)

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  INFORMATECH CONSULTING, INC., Individually and on behalf of All Others Similarly Situated, | Case No. 3:20-cv-02892-VC |
| 14 | *[Assigned for all purposes to Judge Vince Chhabria]* |
| 15            Plaintiffs, | |
| 16       v. | |
| 17  BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; and DOES 1-10, inclusive, | **JOINT STIPULATION RE: DEADLINE TO FILE FIRST AMENDED COMPLAINT, RESPONSIVE PLEADING, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |
| 18 | |
| 19 | |
| 20            Defendants. | |
| 21  STUDIO 1220, INC., a California corporation, on behalf of itself and all others similarly situated, | Case No.: 3:20:cv-03081-VC |
| 22 | |
| 23            Plaintiffs, | |
| 24       v. | |
| 25  BANK OF AMERICA, NATIONAL ASSOCIATION, a national association; and INTRALINKS, INC., a Delaware corporation, | |
| 26 | |
| 27 | |
| 28            Defendants. | |

*Informatech Consulting, Inc. v. Bank of America Corp., et al.*    Case No. 3:20-cv-02892-VC
*Related to: Studio 1220, Inc. v. Bank of America, N.A., et al.*    Case No. 3:20-cv-03081-VC
**JOINT STIPULATION RE: AMENDED COMPLAINT, RESPONSIVE PLEADING, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**    Page 1 of 9

Through their attorneys of record, Plaintiff Informatech Consulting, Inc. ("Informatech") and Plaintiff Studio 1220, Inc. ("Studio 1220") (collectively referred to as "Plaintiffs") along with Defendants Bank of America Corporation and Bank of America, N.A. (collectively referred to as "BofA") and Defendant Intralinks, Inc. ("Intralinks") (BofA and Intralinks, collectively to as "Defendants"), hereby stipulate and agree as follows:

1. Plaintiff Informatech filed its Complaint in the *Informatech Consulting Inc. v. Bank of America Corporation,* Case No. 3:20-cv-02892-VC ("Informatech Action") on April 27, 2020. (Case No. 3:20-cv-02892-VC, Doc. No. 1.)

2. Plaintiff Studio 1220 its Complaint in the *Studio 1220, Inc. v. Bank of America, N.A.,* No. 3:20-cv-03081-VC ("Studio 1220 Action") on May 5, 2020. (Case No. 3:20-cv-03081-VC, Doc. No. 1.)

3. The responsive pleading to the Informatech Action Complaint is currently due on September 4, 2020, after one stipulation to extend time, and an order granting a consent motion to stay pending the JPML ruling. (Case No. 3:20-cv-02892-VC, Doc. Nos. 14 and 22; Declaration of Arlene Yang ("Yang Decl.") ¶ 2.)

4. The responsive pleading to the Studio 1220, Inc. Action Complaint is currently due on September 4, 2020, after one stipulation to extend time for each Defendant, and an order granting a consent motion to stay pending the JPML ruling. (Case No. 3:20-cv-03081-VC, Docs. Nos. 18, 22, 32; Yang Decl. ¶ 3.)

5. On August 19, 2020, Plaintiffs filed a Joint Administrative Motion to Consider Whether Cases Should be Related, stating that they "intend to file a consolidated amended complaint upon entry of an order relating the two actions." (Case No. 3:20-cv-02892-VC, Doc No. 27, 4:13-4:14; Yang Decl. ¶ 4.)

6. On August 27, 2020 the Court found the cases related and entered a Related Case Order, assigning both matters to Judge Vincent Chhabria. (Case No. 3:20-cv-02892-VC, Doc. No. 34.)

*Informatech Consulting, Inc. v. Bank of America Corp., et al.*   Case No. 3:20-cv-02892-VC
*Related to: Studio 1220, Inc. v. Bank of America, N.A., et al.*   Case No. 3:20-cv-03081-VC
JOINT STIPULATION RE: AMENDED COMPLAINT, RESPONSIVE PLEADING, AND
RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE        Page 2 of 9

7. A deadline for the parties to file a Joint ADR report in the Informatech Action is currently September 16, 3030, pursuant to court order. (Case No. 3:20-cv-02892, Doc. No. 31.)

8. The Initial Case Management Conference in the Informatech Action is scheduled for September 22, 2020. (Case No. 3:20-cv-02892-VC, Doc. No. 36.)

9. The Court has not yet set a discovery cut-off date, pretrial conference date, or trial date for either the Informatech Action or the Studio 1220 Action. (Yang Decl. ¶ 5.)

10. Pursuant to L.R. 6-2(a), the parties may stipulate and request a Court order for an enlargement of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed with the Court.

11. In light of Plaintiffs' intention to file a consolidated amended complaint, the parties agree, in the interests of judicial efficiency and judicial economy, that it is appropriate to extend Defendants' responsive pleading deadlines. the date of the Initial Case Management Conference, and related deadlines. (Yang Decl. ¶ 6.)

12. No party will be prejudiced by the requested time modifications or a rescheduled Initial Case Management Conference. (Yang Decl. ¶ 7.)

13. The requested time modification will not affect the schedule for the case. (Yang Decl. ¶ 8.)

14. Plaintiffs will file a consolidated amended complaint no later than September 25, 2020.

15. Defendants shall file responsive pleadings, or otherwise respond, no later than 30 days after the filing of the First Amended Complaint, or if no First Amended Complaint is filed by September 25, 2020, by October 26, 2020.

*Informatech Consulting, Inc. v. Bank of America Corp., et al.*   Case No. 3:20-cv-02892-VC
*Related to: Studio 1220, Inc. v. Bank of America, N.A., et al.*   Case No. 3:20-cv-03081-VC
JOINT STIPULATION RE: AMENDED COMPLAINT, RESPONSIVE PLEADING, AND
RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE           Page 3 of 9

16. The parties request that the Initial Case Management Conference be scheduled for approximately two weeks after the responsive pleadings are due, at a time and date that is convenient for the Court.

17. The Case Management Statement and the Joint ADR Report will be filed no later than two weeks before the Initial Case Management Conference.

**IT IS SO STIPULATED.**

Dated: September 2, 2020

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: */s/ Rebecca A. Peterson*
Robert K. Shelquist
(pro hac vice application pending)
Rebecca A. Peterson (SBN 241858)
100 Washington Avenue South, Ste 2200
Minneapolis, MN 55401
Tel. (612) 339-6900
Fax (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com

**WHITFIELD BRYSON LLP**
Alex R. Straus (SBN 321366)
16748 McCormick Street
Los Angeles, CA 91436
Tel. (310) 459-9689
alex@whitfieldbryson.com
Daniel K. Bryson
(pro hac vice forthcoming)
Scott C. Harris
(pro hac vice forthcoming)
Patrick M. Wallace
(pro hac vice forthcoming)
900 W. Morgan Street
Raleigh, NC 27605
Tel. (919) 600-5000
Fax (919) 600-5035

*Informatech Consulting, Inc. v. Bank of America Corp., et al.*   Case No. 3:20-cv-02892-VC
*Related to: Studio 1220, Inc. v. Bank of America, N.A., et al.*   Case No. 3:20-cv-03081-VC
**JOINT STIPULATION RE: AMENDED COMPLAINT, RESPONSIVE PLEADING, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**   Page 4 of 9

|     |     |
| --- | --- |
| 1   | dan@whitfieldbryson.com |
| 2   | scott@whitfieldbryson.com |
|     | pat@whitfieldbryson.com |

**BERGER MONTAGUE PC**
Benjamin Galdston (SBN 211114)
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel. (619) 489-0300
bgaldston@bm.net

**GREG COLEMAN LAW PC**
Lisa A. White
(admitted pro hac vice)
William A. Ladnier (SBN 330334)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel. (865) 247-0080
Fax (865) 522-0049

Attorneys for Plaintiff
*Informatech Consulting, Inc.*
*and the Proposed Class*

Dated:  September 2, 2020         **KEEGAN & BAKER, LLP**

                         By:   */s/ Patrick N. Keegan*
                               Patrick N. Keegan, Esq. (SBN 167698)
                               2292 Faraday Avenue, Suite 100
                               Carlsbad, CA 92008
                               Tel: 760.929.9303
                               Fax: 760.929.9260
                               pkeegan@keebanbaker.com

                               Attorneys for Plaintiff
                               *Studio 1220, Inc.*
                               *and the Proposed Class*

---

*Informatech Consulting, Inc. v. Bank of America Corp., et al.*                    Case No. 3:20-cv-02892-VC
*Related to: Studio 1220, Inc. v. Bank of America, N.A., et al.*                   Case No. 3:20-cv-03081-VC
**JOINT STIPULATION RE: AMENDED COMPLAINT, RESPONSIVE PLEADING, AND**
**RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**                                Page 5 of 9

| | |
|---|---|
| Dated: September 2, 2020 | **BROWN LAW GROUP** |
| | By: */s/ Arlene R. Yang* |
| | Janice P. Brown (SBN 114433) |
| | Stacy L. Fode (SBN 199883) |
| | Arlene R. Yang (SBN 297450) |
| | 600 B Street, Suite 1650 |
| | San Diego, CA 92101 |
| | Tel. 619-330-1700 |
| | Fax 619-330-1701 |
| | brown@brownlawgroup.com |
| | fode@brownlawgroup.com |
| | yang@brownlawgroup.com |
| | |
| | **WILLIAMS & CONNOLLY LLP** |
| | Enu A. Mainigi |
| | (pro hac vice) |
| | Kenneth C. Smurzynski |
| | (pro hac vice) |
| | Craig D. Singer |
| | (pro hac vice) |
| | Jesse T. Smallwood |
| | (pro hac vice) |
| | 725 12th Street, N.W. |
| | Washington, D.C. 20005 |
| | Tel. 202-434-5000 |
| | Fax 202-434-5029 |
| | emainigi@wc.com |
| | ksmurzynski@wc.com |
| | csinger@wc.com |
| | jsmallwood@wc.com |
| | |
| | Attorneys for Defendants |
| | *Bank of America Corporation* |
| | *and Bank of America, N.A.* |

*Informatech Consulting, Inc. v. Bank of America Corp., et al.* — Case No. 3:20-cv-02892-VC
*Related to: Studio 1220, Inc. v. Bank of America, N.A., et al.* — Case No. 3:20-cv-03081-VC
**JOINT STIPULATION RE: AMENDED COMPLAINT, RESPONSIVE PLEADING, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**   Page 6 of 9

| | | |
|---|---|---|
| Dated: September 2, 2020 | | **BROWN LAW GROUP** |
| | By: | /s/ *Arlene R. Yang* |
| | | Janice P. Brown (SBN 114433) |
| | | Stacy L. Fode (SBN 199883) |
| | | Arlene R. Yang (SBN 297450) |
| | | 600 B Street, Suite 1650 |
| | | San Diego, CA 92101 |
| | | Tel. 619-330-1700 |
| | | Fax 619-330-1701 |
| | | brown@brownlawgroup.com |
| | | fode@brownlawgroup.com |
| | | yang@brownlawgroup.com |

**PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP**
Robert A. Atkins
(pro hac vice)
Joshua D. Kaye
(pro hac vice)
Thomas C. Rice
(pro hac vice)
1285 Avenue of the Americas
New York, NY 10019
Tel. 212-373-3000
ratkins@paulweiss.com
jkaye@paulweiss.com
tcrice@paulweiss.com

Attorneys for Defendant
*Intralinks, Inc.*

*Informatech Consulting, Inc. v. Bank of America Corp., et al.*   Case No. 3:20-cv-02892-VC
*Related to: Studio 1220, Inc. v. Bank of America, N.A., et al.*   Case No. 3:20-cv-03081-VC
JOINT STIPULATION RE: AMENDED COMPLAINT, RESPONSIVE PLEADING, AND
RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE   Page 7 of 9

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 10, 2020        By: _____

Hon. Vince Chhabria
United States District Judge

Informatech Consulting, Inc. v. Bank of America Corp., et al.           Case No. 3:20-cv-02892-VC
Related to: Studio 1220, Inc. v. Bank of America, N.A., et al.           Case No. 3:20-cv-03081-VC
JOINT STIPULATION RE: AMENDED COMPLAINT, RESPONSIVE PLEADING, AND
RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE                    Page 8 of 9

# ATTESTATION

I, Arlene R. Yang, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

*/s/ Arlene R. Yang*
Arlene R. Yang

*Informatech Consulting, Inc. v. Bank of America Corp., et al.*   Case No. 3:20-cv-02892-VC
*Related to: Studio 1220, Inc. v. Bank of America, N.A., et al.*   Case No. 3:20-cv-03081-VC
**JOINT STIPULATION RE: AMENDED COMPLAINT, RESPONSIVE PLEADING, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**   Page 9 of 9